# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| GEORGE W. FULCO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:24-cv-981 |
| | § | |
| OFFICER CHRIS CARSON, SHERMAN POLICE DEPARTMENT | § | |
| | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge in this action (the "Report") (Dkt. #14), this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 28, 2025, the Magistrate Judge entered the Report containing proposed findings of fact and recommendations that Plaintiff's civil rights action filed pursuant to 42 U.S.C. § 1983 be dismissed without prejudice for want of prosecution.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**. It is further **ORDERED** that all motions not previously ruled on are hereby **DENIED**.

**IT IS SO ORDERED.**

**SIGNED this 8th day of August, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE